| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Butch Thompson Enterprises, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **24-59309** |

■ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*    **D**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 8, 2024**        X  **/s/ Judson C. Thompson**
                                        Signature of individual signing on behalf of debtor

                                        **Judson C. Thompson**
                                        Printed name

                                        **CEO/Owner**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Butch Thompson Enterprises, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known): **24-59309**

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................ $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................... $ 854,087.81

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................ $ 854,087.81

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................... $ 2,250,166.65

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................ $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................ +$ 848,901.19

4. **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b     $ 3,099,067.84

Official Form 206Sum      Summary of Assets and Liabilities for Non-Individuals      page 1

**Fill in this information to identify the case:**

Debtor name: **Butch Thompson Enterprises, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known): **24-59309**

☑ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 Advance Servicing, Inc.**<br>Creditor's Name<br><br>**15 Main Street**<br>**Holmdel, NJ 07733-2105**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br><br>Describe the lien<br>**UCC-1**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| **2.2 Equify Financial**<br>Creditor's Name<br><br>**3120 SW Frwy**<br>**SUITE 101, PMB# 84356**<br>**Houston, TX 77098**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br><br>Describe the lien<br>**UCC-1**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | **$272,166.65** | **Unknown** |

Official Form 206D     Schedule D: Creditors Who Have Claims Secured by Property     page 1 of 5

| Debtor | Butch Thompson Enterprises, Inc. | Case number (if known) | 24-59309 |
|---|---|---|---|

Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

---

**2.3** **First National Community Bank**
Creditor's Name

104 Village Walk
Dallas, GA 30132
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**A/R; Rx-500 Milling Machine**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$400,000.00     $854,087.81

---

**2.4** **Ford Motor Credit**
Creditor's Name

PO Box 650574
Dallas, TX 75265-0574
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2016 Ford F-150**

Describe the lien

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$29,000.00     $25,000.00

---

**2.5** **G&G Funding Group, LLC**
Creditor's Name

57 W. 57th Street
Floor 4
New York, NY 10019
Creditor's mailing address

Describe debtor's property that is subject to a lien

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
- ■ No

Unknown     Unknown

---

Debtor **Butch Thompson Enterprises, Inc.**    Case number (if known) **24-59309**
Name

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

☐ Disputed

---

| 2.6 | **GM Financial** | Describe debtor's property that is subject to a lien | $49,000.00 | $48,000.00 |

Creditor's Name
**2021 GMC Yukon XL**

**Attn: Treasury Operations**
**PO Box 736313**
**Dallas, TX 75373-6313**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.7 | **Great Midwest Insurance Co.** | Describe debtor's property that is subject to a lien | $1,500,000.00 | Unknown |

Creditor's Name
**Indemnity Agreement**

**800 Gessner Road**
**Suite 600**
**Houston, TX 77024**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated
■ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 5

| Debtor | Butch Thompson Enterprises, Inc. | Case number (if known) | 24-59309 |
|---|---|---|---|
| | Name | | |

| 2.8 | **Greenwich Capital Management** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

108 Greenwich Street
5th Floor
New York, NY 10006

Creditor's mailing address

**Describe the lien**
Judgment Lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.9 | **Trustmark National Bank** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

Attn: Loan Operations
PO Box 1182
Jackson, MS 39215-1182

Creditor's mailing address

**Describe the lien**
UCC-1

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Wells Fargo Equipment Finance** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

600 South 4th Street, MAC
Minneapolis, MN 55415

Creditor's mailing address

**Describe the lien**
UCC-1

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 5

| Debtor | Butch Thompson Enterprises, Inc. | Case number (if known) | 24-59309 |
|---|---|---|---|
| | Name | | |

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $2,250,166.65

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| David A. Harris, Esq.<br>Bovis, Kyle, Burch & Medlin<br>200 Ashford Center N. Ste 500<br>Atlanta, GA 30338 | Line 2.7 | |
| J. David Stuart, Esq.<br>Suite 500<br>1825 Barrett Lakes Blvd.<br>Kennesaw, GA 30144 | Line 2.8 | |

Supplemental List of Creditors

Ford Motor Credit
PO Box 650574
Dallas, TX 75265-0574

GM Financial
Attn: Treasury Operations
PO Box 736313
Dallas, TX 75373-6313

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: )
)  CHAPTER 7
BUTCH THOMPSON ENTERPRISES, )
INC., )
)  CASE NO. 24-59309-pwb
      Debtor. )

**CERTIFICATE OF SERVICE**

This is to certify that on this date I served a true and correct copy of:

- Amended Schedule D
- Amended Summary of Assets and Liabilities
- Supplemental List of Creditors
- Declaration for Non-Individual Debtors

via United States Mail with adequate postage affixed thereon and addressed to the persons listed below.

Office of the United States Trustee
75 Ted Turner Drive, SW
362 Richard B. Russell Building
Atlanta, GA 30303

This 8th day of October, 2024.

SCROGGINS, WILLIAMSON & RAY, P.C.

4401 Northside Parkway
Suite 230
Atlanta, GA 30327        /s/ J. Robert Williamson
T: (404) 893-3880        J. ROBERT WILLIAMSON
F: (404) 893-3886        Georgia Bar No. 765214
E: rwilliamson@swlawfirm.com

*Counsel for Debtor*