UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

| | |
|---|---|
| In Re: Debtor(s)<br>**Butch Thompson Enterprises, Inc.**<br>PO Box 4655<br>Marietta, GA 30061<br><br>**58–1244945** | Case No.: **24–59309–pwb**<br>Chapter: **7**<br>Judge: **Paul W. Bonapfel** |

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**S. Gregory Hays**

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_Paul W. Bonapfel_
United States Bankruptcy Judge

Dated: February 18, 2025
Form 184